NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROLF DIETRICH,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**SHIMANO, INC.,**
*Appellee.*

---

2010-1530

(Reexamination No. 95/000,008)

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

We construe the Director of the United States Patent and Trademark Office's submitted "amended notice forwarding certified list" as an unopposed motion to reform the caption to name the Director as an additional party.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the revised official caption is reflected above. The Director's brief is due within 40 days from the date of filing of this order. Rolf Dietrich may choose to file an amended reply brief. Any such amended reply brief is due within 14 days of service of the Director's brief. If the appellant does not submit an amended reply brief, then the case will proceed on the reply brief previously submitted by the appellant. The joint appendix is due within seven days of the due date of the amended reply brief.

FOR THE COURT

JAN 0 7 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David C. Purdue, Esq.
David L. Tarnoff, Esq.
Raymond T. Chen, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 7 2011

JAN HORBALY
CLERK